## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Directi Internet Solutions Pvt. Ltd.<br><br>Plaintiff(s)<br><br>v.<br><br>Harry Dhillon and Creative Aviation, Inc.<br><br>Defendant(s) | CASE NUMBER:<br>2012-cv-01045-WBS-DAD<br><br>**WRIT OF EXECUTION** |

TO: THE UNITED STATES MARSHAL FOR THE EASTERN DISTRICT OF CALIFORNIA

You are directed to enforce the Judgment described below with interest and costs as provided by law.

On __2/27/2013__ a judgment was entered in the above-entitled action in favor of:

**Plaintiff Directi Internet Solutions Pvt. Ltd.**

as Judgment Creditor and against:

**Harry Dhillon and Creative Aviation, Inc.**

as Judgment Debtor, for:

| | |
|---|---|
| $ 100,000.00 | Principal, |
| $ 0.00 | Attorney Fees, |
| $ 0.00 | Interest **, and |
| $ 1,180.00 | Costs, making a total amount of |
| $ 101,180.00 | JUDGMENT AS ENTERED |

**NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.

WHEREAS, according to an affidavit and/or memorandum of costs after judgment it appears that further sums have accrued since the entry of judgment in the  Eastern   District of  California  , to wit:

$ __1,247.00__   accrued interest, and
$ ____0.00____   accrued costs, making a total of
$ __1,247.00__   **ACCRUED COSTS AND ACCRUED INTEREST**

Credit must be given for payments and partial satisfaction in the amount of $__0.00__ which is to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered, leaving a net balance of:

$ __102,427.00__   **ACTUALLY DUE** on the date of the issuance of this writ of which
$ __102,427.00__   Is due on the judgment as entered and bears interest at __0.15__ percent per annum, in the amount of $ __41.58__ per day, from the date of issuance of this writ, to which must be added the commissions and costs of the officer executing this writ.

CLERK, UNITED STATES DISTRICT COURT

Dated: 4/1/13

By: _____
     Deputy Clerk

---

**WRIT OF EXECUTION**

CV-23 (6/01)    PAGE 2 OF 3

The following are name(s) and address(es) of the judgment debtor(s) to whom a copy of the Writ of Execution must be mailed unless it was served at the time of the levy. This information must be filled in by counsel requesting this writ.

Harry Dhillon
6364 South Lindbergh Street
Stockton, CA 95206

Creative Aviation, Inc.
6750 Long St., Suite 100
Stockton, CA 95206-4938

Creative Aviation, Inc.
c/o Spiegel & Utrera, P.A.
4727 Wilshire Blvd., Suite 601
Los Angeles, CA 90010

Creative Aviation, Inc.
20511 Skywest Drive
Hayward, CA 94541

**NOTICE TO THE JUDGMENT DEBTOR**

You may be entitled to file a claim exempting your property from execution. You may seek the advice of an attorney or may, within ten (10) days after the date the notice of levy was served, deliver a claim of exemption to the levying officer as provided in Sections 703.510 - 703.610 of the California Code of Civil Procedure.