UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIRECTI INTERNET SOLUTIONS PVT. LTD.,<br><br>         Plaintiff,<br><br>     v.<br><br>HARRY DHILLON, et al.,<br><br>         Defendants. | No. 2:12-cv-1045 WBS DAD<br><br>ORDER |

On August 28, 2013, plaintiff filed a motion to compel, seeking an order from this court compelling defendant Harry Dhillon's appearance at a deposition. (Doc. No. 32.) The matter is set for hearing before the undersigned on September 20, 2013. However, on February 27, 2013, default judgment was entered against the defendants, defendants were directed to pay plaintiff $101,180 in damages and this action was closed. (Doc. No. 28.)

/////

/////

/////

/////

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's August 28, 2013 motion to compel (Doc. No. 32) is denied as moot.[1]

Dated: September 13, 2013

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.civil\directi1045.mtc.den.ord.docx

---

[1] Plaintiff's motion to compel states that plaintiff seeks to depose Mr. Dhillon in an effort to gather information to recover the money owed plaintiff pursuant to the February 27, 2013 judgment. In this regard, it appears that plaintiff may wish to hold a judgment debtor examination. Plaintiff can facilitate the scheduling of a judgment debtor examination by contacting Pete Buzo, Courtroom Deputy for the undersigned, at 916-930-4128.