UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIRECTI INTERNET SOLUTIONS PVT. LTD., <br><br> Plaintiff, <br><br> v. <br><br> HARRY DHILLON, et al., <br><br> Defendants. | No. 2:12-cv-1045 WBS DAD <br><br> ORDER TO SHOW CAUSE |

On October 31, 2013, the court issued an order requiring that defendant Harry Dhillon appear before this court on December 13, 2013, for a judgment debtor examination. That order cautioned defendant Dhillon that failure to appear at the scheduled judgment debtor examination could subject him to arrest for contempt of court. Plaintiff's counsel mailed a copy of that order to defendant Dhillon both at his home and his place of employment, had a copy of the order personally delivered to his home and provided defendant Dhillon a copy of the order by email as well.

On December 13, 2013, the matter came be the court for the judgment debtor examination. Attorney Kelly Breen appeared on behalf of the plaintiff. Despite having been provided notice of the scheduled examination, no appearance was made by or on behalf of defendant Harry Dhillon.

1  Accordingly, IT IS HEREBY ORDERED that:

2  1. On **Friday**, **January 10, 2014, at 10:00 a.m.**, at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27, before the undersigned defendant Harry Dhillon shall personally appear and show good cause as to why he should not be held in contempt of court;

3  2. Defendant Harry Dhillon is cautioned <u>that his failure to appear at the January 10, 2014 Order to Show Cause hearing will result in a finding of civil contempt and the issuance of a warrant for his arrest</u>; and

4  3. The Clerk of The Court is directed to mail a copy of this order to defendant Harry Dhillon at the following addresses;

> 52 W. Fauna Ct.
> Tracy, CA 95391
>
> Creative Aviation, Inc.
> 4727 Wilshire Blvd., Suite 601
> Los Angeles, CA 90010

Dated:  December 13, 2013

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.civil\directi1045.osc.ord