UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIRECTI INTERNET SOLUTIONS PVT. LTD., <br><br> Plaintiff, <br><br> v. <br><br> HARRY DHILLON, et al., <br><br> Defendants. | No. 2:12-cv-1045 WBS DAD <br><br> ORDER |

On January 10, 2014, this matter came before the court for a judgment debtor examination. Attorney Kelly Breen appeared on behalf of the plaintiff and defendant Harry Dhillon appeared on his own behalf. Upon consideration of the arguments made at the hearing, and for the reasons set forth on the record at the hearing, IT IS HEREBY ORDERED that within twenty-one days of the date of this order defendant Harry Dhillon shall produce to plaintiff's counsel copies of bank statements for the bank account of Creative Aviation, Inc., held at Wells Fargo Bank, his personal checking account held at Chase Bank and the bank account of Altamont Aviation, Inc., held at Bank of America for the period January 2010 to the present.

Dated: January 10, 2014

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6

Ddad1\orders.civil\directi1045.oah.011014.ord

2