# PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal"*
*on the reverse of this form.*

U.S. Department of Justice
United States Marshals Service

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Directi Internet Solutions Pvt. Ltd. | 2012-CV-01045-WBS-DAD |
| DEFENDANT | TYPE OF PROCESS |
| Harry Dhillon and Creative Aviation, Inc. | Writ of Execution |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Wells Fargo Bank - Account #9941-850894 (ABA#121000248)

**AT** ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
3001 Capitol Avenue, Sacramento, California 95816

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Dylan M. Carson, Esq.
Tucker Ellis LLP
4600 South Ulster Street, Suite 1325
Denver, Colorado 80237

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

**FILED**
**MAY 1 2 2014**
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
By _____ Deputy Clerk

Signature of Attorney or other Originator requesting service on behalf of:
[X] PLAINTIFF
[ ] DEFENDANT

TELEPHONE NUMBER: 720-897-4371
DATE: 4/11/2013

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated.
*(Sign only first USM 285 if more than one USM 285 is submitted)*

Total Process: 3
District of Origin No.: 09N
District to Serve No.: 09N
Signature of Authorized USMS Deputy or Clerk
Date: 4/12/13

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

Name and title of individual served *(if not shown above)*: Marisol Garcia - Service Manager

[ ] A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address *(complete only if different than shown above)*:

Date of Service: 4-29-3
Time: 11:45 am

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 55.00 | 339 | 16.00 | 79.39 | | 79.39 | |

**REMARKS:**
I have served the judgment debtor(s) with the writ of execution, notice of levy with the info for judgment debtor, and a list of exemptions for the enforcement of judgment, by first class mail.

Deputy Signature _____ Date: 4-29-13

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) (Instructions Rev. 12/08) |
|---|---|---|

EJ-150

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*: | TEL NO.: |
|---|---|
| ☑ Recording requested by and return to:<br>Dylan M. Carson, Esq.<br>Tucker Ellis LLP<br>4600 South Ulster Street, Suite 1325<br>Denver, Colorado 80237 | |

☑ ATTORNEY FOR   ☑ JUDGMENT CREDITOR   ☐ ASSIGNEE OF RECORD

NAME OF COURT: USDC Eastern District of California
STREET ADDRESS: 501 I Street, Room 4-200
MAILING ADDRESS:
CITY AND ZIP CODE: Sacramento, California 95814
BRANCH NAME:

PLAINTIFF: Directi Internet Solutions Pvt. Ltd.

DEFENDANT: Harry Dhillon and Creative Aviation, Inc.

**NOTICE OF LEVY**
under Writ of   ☑ Execution (Money Judgment)   ☐ Sale

FOR RECORDER'S USE ONLY
LEVYING OFFICER:
U.S. Marshals Service
Civil Division
501 I Street, Suite 5600
Sacramento, CA 95814

RECEIVED
UNITED STATES MARSHAL
2013 MAY 29 PM 1:26
EASTERN DISTRICT
OF CALIFORNIA

LEVYING OFFICER FILE NO.: 12-1045
COURT CASE NO.:

**TO THE PERSON NOTIFIED** *(name)*: Creative Aviation, Inc.

1. The judgment creditor seeks to levy upon property in which the judgment debtor has an interest and apply it to the satisfaction of a judgment as follows:
   a. Judgment debtor *(name)*: Harry Dhillon and Creative Aviation, Inc.
   b. The property to be levied upon is described
      ☐ in the accompanying writ of possession or writ of sale.
      ☑ as follows:
        Writ of Execution on Well Fargo Bank Account Number 9941-850894 (ABA#1210002428)

2. The amount necessary to satisfy the judgment creditor's judgment is:
   a. Total amount due (less partial satisfactions) ............................ $ 102,427.00
   b. Levy fee ............................................................ $
   c. Sheriff's disbursement fee .......................................... $
   d. Recoverable costs .................................................. $
   e. **Total** *(a through d)* ............................................ $ 102,427.00
   f. Daily interest ...................................................... $

3. You are notified as
   a. ☑ a judgment debtor.
   b. ☐ a person other than the judgment debtor *(state capacity in which person is notified)*:

*(Read Information for Judgment Debtor or Information for Person Other Than Judgment Debtor on page two.)*

Notice of Levy was
☑ mailed on *(date)*: 4-29-13
☐ delivered on *(date)*:
☐ posted on *(date)*:
☐ filed on *(date)*:
☐ recorded on *(date)*:

Date: 4-29-13

Albert Najera, US Marshal  BY [signature]
(TYPE OR PRINT NAME)                    (SIGNATURE)
                                ☑ Levying officer   ☐ Registered process server

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
EJ-150 [Rev. January 1, 2002]

**NOTICE OF LEVY**
**(Enforcement of Judgment)**

Code of Civil Procedure, § 699.540

| SHORT TITLE: | LEVYING OFFICER FILE NO.: | COURT CASE NO.: |
|---|---|---|
| | | |

## – INFORMATION FOR JUDGMENT DEBTOR –

1. The levying officer is required to take custody of the property described in item 1 in your possession or under your control.

2. You may claim any available exemption for your property. A list of exemptions is attached. **If you wish to claim an exemption for personal property, you must do so within 10 days after this notice was delivered to you or 15 days after this notice was mailed to you** by filing a claim of exemption and one copy with the levying officer as provided in section 703.520 of the Code of Civil Procedure. **If you do not claim an exemption, you may lose it and the property is subject to enforcement of a money judgment. If you wish to seek the advice of an attorney, you should do so immediately so that a claim of exemption can be filed on time.**

3. You are not entitled to claim an exemption for property that is levied upon under a judgment for sale of property. This property is described in the accompanying writ of sale. You may, however, claim available exemptions for property levied upon to satisfy damages or costs awarded in such a judgment.

4. You may obtain the release of your property by paying the amount of a money judgment with interest and costs remaining unpaid.

5. If your property is levied upon under a writ of execution or to satisfy damages and costs under a writ of possession or sale, the property may be sold at an execution sale, perhaps at a price substantially below its value. Notice of sale will be given to you. Notice of sale of real property (other than a leasehold estate with an unexpired term of less than two years) may not be given until at least 120 days after this notice is served on you. This grace period is intended to give you an opportunity to settle with the judgment creditor, to obtain a satisfactory buyer for the property, or to encourage other potential buyers to attend the execution sale.

6. All sales at an execution sale are final; there is no right of redemption.

## – INFORMATION FOR PERSON OTHER THAN JUDGMENT DEBTOR –

1. If the property levied upon is in your possession or under your control and you do not claim the right to possession or a security interest, you must deliver the property to the levying officer. If you do not deny an obligation levied upon or do not claim a priority over the judgment creditor's lien, you must pay to the levying officer the amount that is due and payable and that becomes due and payable during the period of the execution lien, which lasts two years from the date of issuance of the writ of execution. You must execute and deliver any documents needed to transfer the property.

2. You must complete the accompanying Memorandum of Garnishee.

3. If you claim ownership or the right to possession of real or personal property levied upon or if you claim a security interest in or lien on personal property levied upon, you may make a third-party claim and obtain the release of the property pursuant to sections 720.010–720.800 of the Code of Civil Procedure.

4. **Make checks payable to the levying officer.**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Directi Internet Solutions Pvt. Ltd.<br><br>Plaintiff(s)<br>v.<br><br>Harry Dhillon and Creative Aviation, Inc.<br><br>Defendant(s) | CASE NUMBER:<br>2012-cv-01045-WBS-DAD<br><br>**WRIT OF EXECUTION** |

TO:   THE UNITED STATES MARSHAL FOR THE EASTERN DISTRICT OF CALIFORNIA

You are directed to enforce the Judgment described below with interest and costs as provided by law.

On  2/27/2013   a judgment was entered in the above-entitled action in favor of:

**Plaintiff Directi Internet Solutions Pvt. Ltd.**

as Judgment Creditor and against:

**Harry Dhillon and Creative Aviation, Inc.**

as Judgment Debtor, for:

$ 100,000.00   Principal,
$       0.00   Attorney Fees,
$       0.00   Interest **, and
$   1,180.00   Costs, making a total amount of
$ 101,180.00   **JUDGMENT AS ENTERED**

**NOTE:** JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.

---

WRIT OF EXECUTION

CV-23 (6/01)                                                                                                PAGE 1 OF 3

WHEREAS, according to an affidavit and/or memorandum of costs after judgment it appears that further sums have accrued since the entry of judgment in the __Eastern__ District of __California__, to wit:

$ __1,247.00__ accrued interest, and
$ __0.00__ accrued costs, making a total of
$ __1,247.00__ ACCRUED COSTS AND ACCRUED INTEREST

Credit must be given for payments and partial satisfaction in the amount of $ __0.00__ which is to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered, leaving a net balance of:

$ __102,427.00__ ACTUALLY DUE on the date of the issuance of this writ of which
$ __102,427.00__ Is due on the judgment as entered and bears interest at __0.15__ percent per annum, in the amount of $ __41.58__ per day, from the date of issuance of this writ, to which must be added the commissions and costs of the officer executing this writ.

CLERK, UNITED STATES DISTRICT COURT

Dated: 4/1/13

By: _____
Deputy Clerk

The following are name(s) and address(es) of the judgment debtor(s) to whom a copy of the Writ of Execution must be mailed unless it was served at the time of the levy. This information must be filled in by counsel requesting this writ.

Harry Dhillon
6364 South Lindbergh Street
Stockton, CA  95206

Creative Aviation, Inc.
6750 Long St., Suite 100
Stockton, CA  95206-4938

Creative Aviation, Inc.
c/o Spiegel & Utrera, P.A.
4727 Wilshire Blvd., Suite 601
Los Angeles, CA  90010

Creative Aviation, Inc.
20511 Skywest Drive
Hayward, CA  94541

**NOTICE TO THE JUDGMENT DEBTOR**

You may be entitled to file a claim exempting your property from execution. You may seek the advice of an attorney or may, within ten (10) days after the date the notice of levy was served, deliver a claim of exemption to the levying officer as provided in Sections 703.510 - 703.610 of the California Code of Civil Procedure.

---

**WRIT OF EXECUTION**

CV-23 (6/01)                                                                                                          PAGE 3 OF 3