EJ-001

| | |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, address, State Bar number, and telephone number):*<br>Recording requested by and return to:<br>Dylan M. Carson SBN 237721<br>Tucker Ellis LLP<br>515 South Flower Street, 42nd Floor<br>Los Angeles, CA 90071-2223<br><br>[✓] ATTORNEY FOR   [✓] JUDGMENT CREDITOR   [ ] ASSIGNEE OF RECORD | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**
STREET ADDRESS: 501 "I" Street
MAILING ADDRESS:
CITY AND ZIP CODE: Sacramento 95814
BRANCH NAME:

PLAINTIFF: Directi Internet Solutions PVT, LTD.

DEFENDANT: Harry Dhillon, et al.

CASE NUMBER: 2:12-cv-01045-WBS-DAD

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**   [ ] Amended

1. The [✓] judgment creditor [ ] assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      *Name and last known address*
      
      Harry Dhillon, 52 W. Fauna Ct., Mountain House, California, 95391
      
   b. Driver's license no. [last 4 digits] and state:   [✓] Unknown
   c. Social security no. [last 4 digits]: 1315   [ ] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address):*

2. [ ] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor *(name and address):*
   Directi Internet Solutions, c/o Tucker Ellis, 4600 S. Ulster Street, #1325, Denver, CO 80237
4. [ ] Information on additional judgment creditors is shown on page 2.
5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

Date: July 9, 2014
Dylan M. Carson
(TYPE OR PRINT NAME)

(SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed: $ 101,180.00
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on *(date):* 02/27/2013
   b. Renewal entered on *(date):* N/A
9. [ ] This judgment is an installment judgment.

10. [ ] An [ ] execution lien [✓] attachment lien is endorsed on the judgment as follows:
    a. Amount: $ 101,180.00
    b. In favor of *(name and address):*
       Directi Internet Solutions c/o Tucker Ellis, 4600 S. Ulster St., #1325, Denver, CO 80237
11. A stay of enforcement has
    a. [✓] not been ordered by the court.
    b. [ ] been ordered by the court effective until *(date):*
12. a. [✓] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [✓] A certified copy of the judgment is attached.

[SEAL]

This abstract issued on *(date):* JUL 14 2014

Clerk, by L. READER, Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. January 1, 2008]

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190

| PLAINTIFF: Directi Internet Solutions PVT, LTD. | CASE NUMBER: |
|---|---|
| DEFENDANT: Harry Dhillon, et al. | 2:12-cv-01045-WBS-DAD |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16.   Name and last known address

17.   Name and last known address

Driver's license no. [last 4 digits] and state:   ☐ Unknown
Social security no. [last 4 digits]:   ☐ Unknown
Summons was personally served at or mailed to *(address):*

Driver's license no. [last 4 digits] and state:   ☐ Unknown
Social security no. [last 4 digits]:   ☐ Unknown
Summons was personally served at or mailed to *(address):*

18.   Name and last known address

19.   Name and last known address

Driver's license no. [last 4 digits] and state:   ☐ Unknown
Social security no. [last 4 digits]:   ☐ Unknown
Summons was personally served at or mailed to *(address):*

Driver's license no. [last 4 digits] and state:   ☐ Unknown
Social security no. [last 4 digits]:   ☐ Unknown
Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.